1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415 834-1842

5  Attorney for Plaintiffs

6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 BRICKLAYERS AND ALLIED CRAFTWORKERS   ) CASE NO.: CV 09-1589
   LOCAL UNION NO. 3, AFL-CIO;           )
11 TRUSTEES OF THE NORTHERN CALIFORNIA   ) REQUEST TO CONTINUE
   TILE INDUSTRY PENSION TRUST; TRUSTEES ) CASE MANAGEMENT
12 OF THE NORTHERN CALIFORNIA TILE       ) CONFERENCE AND
   INDUSTRY HEALTH AND WELFARE TRUST FUND;) ORDER
13 TRUSTEES OF THE NORTHERN CALIFORNIA   )
   TILE INDUSTRY APPRENTICESHIP AND      )
14 TRAINING TRUST FUND;  TILE INDUSTRY   ) Date: September 29, 2009
   PROMOTION FUND OF NORTHERN CALIFORNIA,) Time: 2:00 p.m.
15 INC., a not-for-profit California     ) Dept: Courtroom 2
   corporation; TILE EMPLOYERS CONTRACT  )        4th Floor
16 ADMINISTRATION FUND; TRUSTEES OF THE  )        U.S. District
   INTERNATIONAL UNION OF BRICKLAYERS AND)        Court
17 ALLIED CRAFTWORKERS PENSION FUND,     )        1301 Clay St.
                                         )        Oakland, CA
18           Plaintiffs,                 ) Judge: The Honorable
                                         )         Claudia Wilken
19      vs.                              )
                                         )
20 JOHN LONEY PALOMINO, as an individual )
   and doing business as "L R F Resinous )
21 Flooring"; AMERICAN CONTRACTORS       )
   INDEMNITY COMPANY, a California       )
22 corporation; SURETY COMPANY OF THE    )
   PACIFIC, a California corporation,    )
23                                       )
             Defendants.                 )
24 _____)

25      The parties hereby respectfully request that this Court

26 continue the case management conference in this matter, currently

27 scheduled for September 29, 2009 at 2:00 p.m., for a period of at

28 least 60 days until November 24, 2009 or on any date thereafter

1 | convenient to the Court.

2 |   The parties make this request because an automatic stay of

3 | this case is now effect due to the bankruptcy filing by defendant

4 | JOHN LONEY PALOMINO.  See "Notice of Bankruptcy Filing By

5 | Defendant John Loney Palomino; Automatic Stay" filed with this

6 | Court on May 22, 2009, e-filing Document No. 7.

7 |   In addition, plaintiffs have now settled their claims

8 | against defendants AMERICAN CONTRACTORS INDEMNITY COMPANY and

9 | SURETY COMPANY OF THE PACIFIC.  Plaintiffs received payment from

10 | defendants last week and expect to be able to dismiss the claims

11 | against AMERICAN CONTRACTORS INDEMNITY COMPANY and SURETY COMPANY

12 | OF THE PACIFIC within the next 30 days once confirmation is

13 | received that the check has cleared the bank.

14 |   In order to not waste the Court's time and resources, the

15 | parties respectfully request that the case management conference

16 | be continued until November 24, 2009 or any date thereafter

17 | convenient to the Court.

18 |

19 | /S/Kimberly A. Hancock   Date: September 22, 2009
  Kimberly A. Hancock, Esq.

20 | Katzenbach and Khtikian
  1714 Stockton Street, Suite 300

21 | San Francisco, California  94133-2930
  (415) 834-1778; FAX (415) 834-1842

22 | Attorneys for PLAINTIFFS

23 |

24 | /S/ Robert Stroj   Date: September 22, 2009
  Robert Stroj, Esq.
  Lanak & Hanna, P.C.

25 | 400 North Tustin Avenue, Suite 120
  Santa Ana, CA 92705-3815

26 | (714) 550-0418; FAX (714) 550-7603
  Attorneys for Defendant AMERICAN

27 | CONTRACTORS INDEMNITY COMPANY, a
  California corporation and as successor

28 | by merger for SURETY COMPANY OF THE
  PACIFIC

1

2                                    **ORDER**

3

4        Good cause appearing, it is hereby ORDERED that the Case

5   Management Conference currently set for August 4, 2009 at 2:00 PM

6   is continued to November 24, 2009, at 2:00 PM in Courtroom 2, 4th

7   Floor.

8

9   Date: September  28, 2009

10

11   

12   _____

13   The Honorable Claudia Wilken
     UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28