```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10  BRICKLAYERS AND ALLIED CRAFTWORKERS   ) CASE NO.: CV 09-1589 CW
    LOCAL UNION NO. 3, AFL-CIO;           )
11  TRUSTEES OF THE NORTHERN CALIFORNIA   ) STIPULATION FOR
    TILE INDUSTRY PENSION TRUST; TRUSTEES ) DISMISSAL WITH PREJUDICE
12  OF THE NORTHERN CALIFORNIA TILE       ) OF DEFENDANTS AMERICAN
    INDUSTRY HEALTH AND WELFARE TRUST FUND;) CONTRACTORS INDEMNITY
13  TRUSTEES OF THE NORTHERN CALIFORNIA   ) COMPANY AND SURETY
    TILE INDUSTRY APPRENTICESHIP AND      ) COMPANY OF THE PACIFIC;
14  TRAINING TRUST FUND;  TILE INDUSTRY   ) ORDER THEREON
    PROMOTION FUND OF NORTHERN CALIFORNIA,)
15  INC., a not-for-profit California     )
    corporation; TILE EMPLOYERS CONTRACT  )
16  ADMINISTRATION FUND; TRUSTEES OF THE  )
    INTERNATIONAL UNION OF BRICKLAYERS AND)
17  ALLIED CRAFTWORKERS PENSION FUND,     )
                                          )
18            Plaintiffs,                 )
                                          )
19       vs.                              )
                                          )
20  JOHN LONEY PALOMINO, as an individual )
    and doing business as "L R F Resinous )
21  Flooring"; AMERICAN CONTRACTORS       )
    INDEMNITY COMPANY, a California       )
22  corporation; SURETY COMPANY OF THE    )
    PACIFIC, a California corporation,    )
23                                        )
              Defendants.                 )
24  _____)

25       Pursuant to FRCivP 41(a)(ii), the undersigned parties

26  through their counsel of record hereby stipulate to and request

27  the dismissal, with prejudice, of defendants AMERICAN CONTRACTORS

28  INDEMNITY COMPANY and SURETY COMPANY OF THE PACIFIC from this
```

```
 1  action.  The parties further agree that each side will bear its
 2  own costs resulting from this dismissal.
 3
 4  Dated: November 3, 2009              KATZENBACH AND KHTIKIAN
 5
 6
                                         /s/ Kimberly A. Hancock
 7                                       KIMBERLY A. HANCOCK
                                         Attorney for Plaintiffs
 8
 9
10  Dated: November 3, 2009              LANAK & HANNA, P.C
11
12
                                         _____
13                                       ROBERT STROJ
                                         Attorneys for Defendants
14                                       AMERICAN CONTRACTORS INDEMNITY
                                         COMPANY and SURETY COMPANY OF
15                                       THE PACIFIC
16
17
18
19  IT IS SO ORDERED.
20
21
            11/4/09
22
    Dated:_____              _____
23                                       The Honorable Claudia Wilken
                                         UNITED STATES DISTRICT COURT JUDGE
24
25
26
27
28
```