IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN L. PALOMINO, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-01589 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

    Plaintiffs having filed a Notice of Bankruptcy with the Court on May 22, 2009, stating that Defendant John Loney Palomino had filed a petition pursuant to Chapter 13 of the Bankruptcy Code in the Eastern District of California, Case No. 09-28974-B-13J, and an automatic stay being in effect, and the remaining claims against the remaining Defendants having been dismissed on November 4, 2009, pursuant to a Stipulation for Dismissal with Prejudice,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a

dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.  The Case Management Conference set for November 24, 2009, is vacated.

Dated:    11/19/09

_____
CLAUDIA WILKEN
United States District Judge