```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs

 6

 7

 8                 UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10  BRICKLAYERS AND ALLIED CRAFTWORKERS   ) CASE NO.: CV 09-01589 CW
    LOCAL UNION NO. 3, AFL-CIO;           )
11  TRUSTEES OF THE NORTHERN CALIFORNIA   ) REQUEST TO SCHEDULE
    TILE INDUSTRY PENSION TRUST; TRUSTEES ) CASE MANAGEMENT
12  OF THE NORTHERN CALIFORNIA TILE       ) CONFERENCE AND
    INDUSTRY HEALTH AND WELFARE TRUST FUND;) ORDER THEREON
13  TRUSTEES OF THE NORTHERN CALIFORNIA   )
    TILE INDUSTRY APPRENTICESHIP AND      )
14  TRAINING TRUST FUND;  TILE INDUSTRY   )
    PROMOTION FUND OF NORTHERN CALIFORNIA,)
15  INC., a not-for-profit California     )
    corporation; TILE EMPLOYERS CONTRACT  )
16  ADMINISTRATION FUND; TRUSTEES OF THE  )
    INTERNATIONAL UNION OF BRICKLAYERS AND)
17  ALLIED CRAFTWORKERS PENSION FUND,     )
                                          )
18            Plaintiffs,                 )
                                          )
19       vs.                              )
                                          )
20  JOHN LONEY PALOMINO, as an individual )
    and doing business as "L R F Resinous )
21  Flooring"; et al.                     )
                                          )
22            Defendants.                 )
                                          )
23
         Plaintiffs hereby respectfully request that this Court
24
    schedule a case management conference in this matter, for April
25
    6, 2010 or on any date thereafter convenient to the Court.
26
         Plaintiffs make this request based on the following:
27
         1.  On November 24, 2009 Judge Holman of the U.S. Bankruptcy
28
```

1 | Court, Eastern District of California, ordered the dismissal of
2 | defendant JOHN LONEY PALOMINO's bankruptcy case (Case No. 09-
3 | 28974-B-13J). Attached hereto is a true and correct copy of Judge
4 | Holman's November 24, 2009 Order dismissing defendant JOHN LONEY
5 | PALOMINO's bankruptcy case.
6 |     2.  By reason of the bankruptcy court's November 24, 2009
7 | Order dismissing defendant JOHN LONEY PALOMINO's bankruptcy case,
8 | the automatic stay against defendant JOHN LONEY PALOMINO is no
9 | longer in effect.
10 |     Plaintiffs respectfully request that a case management
11 | conference be scheduled for April 6, 2010 or any date thereafter
12 | convenient to the Court.

14 | /S/Kimberly A. Hancock                        Date: December 18, 2009
Kimberly A. Hancock, Esq.
15 | Katzenbach and Khtikian
1714 Stockton Street, Suite 300
16 | San Francisco, California  94133-2930
(415) 834-1778; FAX (415) 834-1842
17 | Attorneys for PLAINTIFFS

19 | **ORDER**

20 | Good cause appearing, it is hereby ORDERED that this case is
21 | reopened and a Case Management Conference is scheduled for April
22 | 6, 2010 at 2:00 PM in Courtroom 2, 4th Floor, Oakland Courthouse,
23 | 1301 Clay Street, Oakland, CA 94612.
24 | Date: December  28, 2009

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE