IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN L. PALOMINO, et al. <br><br> Defendants. _____/ | No. C 09-01589 CW <br><br> ORDER RE DEFAULT |

Default having been entered by the Clerk on March 19, 2010 as to Defendant, J. L. Bray and Son, Inc. and March 30, 2010 as to Defendant, John Loney Palomino,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 4/5/2010

CLAUDIA WILKEN
United States District Judge

cc: Wings