UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN L. PALOMINO, et al.,<br><br>    Defendants.<br>_____/ | No. C-09-01589-CW (DMR)<br><br>**NOTICE OF REFERENCE AND ORDER RE MOTION PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

  The above matter has been referred to Magistrate Judge Donna M. Ryu for a report and recommendation on Plaintiff's Motion for Default Judgment.

  Pursuant to the Order re Default issued by the District Court on April 5, 2010, Plaintiff shall file a Motion for Default Judgment within thirty (30) days from the date of the Order (by no later than May 5, 2010), and shall notice a hearing date according to the procedures set forth below. Any opposition shall be filed and served no later than twenty-one (21) days prior to the hearing. Any reply to the opposition(s) shall be filed and served no later than fourteen (14) days prior to the hearing.

LAW AND MOTION PROCEDURES

1. Civil law and motions are heard on the second and fourth Thursdays of the month at 11:00 a.m. Parties should notice motions pursuant to the local rules. Parties need not reserve a hearing date in advance, but should confirm the Court's availability on the on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar, click link to "Scheduling Information and Unavailability"). Noticed hearing dates may be reset as the Court's calendar requires. For scheduling questions, please call Judge Ryu's courtroom deputy, Ivy Garcia, at (510) 637-3639.

2. All filings of documents relating to motions referred to Magistrate Judge Ryu shall list the civil case number and the district court judge's initials followed by the designation "(DMR)."

CHAMBERS COPIES AND PROPOSED ORDERS

3. Under Civil L.R. 5-1(b), parties must lodge an extra paper copy of any filing and mark it as a copy for "Chambers." Chambers copies shall be submitted to the Oakland Clerk's Office in an envelope clearly marked with the case number, "Magistrate Judge Donna M. Ryu," and "Chambers Copy." In a case subject to electronic filing, chambers copies must be submitted by the close of the next court day following the day the papers are filed electronically. Any proposed stipulation or proposed order in a case subject to electronic filing shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing format attachment on the same day that the document is e-filed. This address is to be used only for proposed orders unless otherwise directed by the Court.

IT IS SO ORDERED.

Dated: April 21, 2010



_____
DONNA M. RYU
United States Magistrate Judge

2