1  Kent Khtikian, Esq. (#99843)
   Conor D. Mack, Esq. (#253878)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415) 834-1842

5  Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9

10

11  BRICKLAYERS AND ALLIED CRAFTWORKERS     ) CASE NO. CV 09-01589 CW (DMR)
    LOCAL UNION NO. 3, AFL-CIO;              )
12  TRUSTEES OF THE NORTHERN CALIFORNIA     )  REQUEST FOR DISMISSAL OF
    TILE INDUSTRY PENSION TRUST; TRUSTEES    )   J.L. BRAY & SON, INC.
13  OF THE NORTHERN CALIFORNIA TILE          )
    INDUSTRY HEALTH AND WELFARE TRUST        )
14  FUND; TRUSTEES OF THE NORTHERN           )
    CALIFORNIA TILE INDUSTRY APPRENTICESHIP  )
15  AND TRAINING TRUST FUND;  TILE INDUSTRY  )
    PROMOTION FUND OF NORTHERN CALIFORNIA,   )
16  INC., a not-for-profit California corporation;  )
    TILE EMPLOYERS CONTRACT                  )
17  ADMINISTRATION FUND; TRUSTEES OF THE     )
    INTERNATIONAL UNION OF BRICKLAYERS AND   )
18  ALLIED CRAFTWORKERS PENSION FUND,        )
                                             )
19           Plaintiffs,                      )
                                             )
20                                           )
         vs.                                 )
21                                           )
                                             )
22  JOHN L. PALOMINO, as an individual and doing )
    business as "LRF Resinous Flooring";      )
23  J.L. BRAY & SON, INC., a California corporation, )
                                             )
24           Defendants.                      )
                                             )
25  _____)

26

27       Plaintiffs by and through their attorneys of record, Katzenbach and Khtikian, hereby

28  request the dismissal, with prejudice, of defendant  J.L. BRAY & SON, INC., from this action.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Katzenbach & Khtikian

Dated: April 30, 2010

By: /s/ Kent Khtikian
W. Kent Khtikian
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  5/6/2010

CLAUDIA WILKEN
United States District Judge